IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FREDERICK SHAWN DWORAZCYK                                         PETITIONER

VS.                          CASE NO. 2:05CV00192 JLH

LINDA SANDERS, Warden.
FCI, Forrest City, Arkansas                                       RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

SO ADJUDGED this 24th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE